[No. 65223-1-I.   Division One.   August 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMIZ COLAKOVIC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02779-6, Richard McDermott, J., entered April 9, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Spearman, JJ.

[No. 65258-3-I.   Division One.   August 8, 2011.]

MARY JO WANGEN, *Individually and as Personal Representative, Appellant*, v. A.W. CHESTERTON COMPANY ET AL., *Defendants*, WARREN PUMPS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-16267-2, Bruce E. Heller, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 66351-8-I.   Division One.   August 8, 2011.]

*In the Matter of the Marriage of* JENNIFER KAY AYLOR, *Respondent*, and SCOTT ROBERT AYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-3-00296-5, G. Brian Paxton, J. Pro Tem., entered November 3, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 67137-5-I.   Division One.   August 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY BERNARD CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01532-7, Rosanne Buckner, J., entered March 12, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Lau, JJ.